AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  M-24-0906-M |
| Hector Ali ESQUIVEL | ) |
| 1999 / USC | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

United States Courts
Southern District of Texas
FILED

*May 31, 2024*

Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 30, 2024  in the county of  Cameron  in the
Southern  District of  Texas  , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 USC 924(a)(1)(A) | False Statement in Connection with the Acquisition / Purchase of a Firearm from a Federally Licensed Firearms Dealer |

This criminal complaint is based on these facts:

See Attachment A

[X] Continued on the attached sheet.

Approved by AUSA Roberto Lopez

/s/ Melissa Quiroz
*Complainant's signature*

**Melissa Quiroz, ATF Special Agent**
*Printed name and title*

■ Sworn to telephonically and signed electronically
per Fed.R.Cr.4.1

Date:  May 31, 2024 at 7:05 a.m.

*Judge's signature*

City and state:  McAllen, Texas

Hon. Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

1.  On May 30, 2024, law enforcement encountered Hector Ali Esquivel in Cameron County, Texas.  During the encounter, Esquivel was found in possession of a .50 caliber rifle.

2. ATF Agents obtained the ATF Form 4473 related to the purchase of the .50 caliber rifle found in Esquivel's possession from J&M Guns, a federal firearms licensee in Cameron County, Texas.  On the ATF Form 4473 executed in connection with the acquisition of the rifle, Esquivel represented that he resided at a particular address in Texas.  Esquivel executed the ATF Form 4473 on May 30, 2024.

3. During a post-Miranda interview, Esquivel admitted that he falsely represented his address listed on the ATF Form 4473 and that he lived at a different location.

4.  ATF Form 4473s, which include information relating to the address of a purchaser of a firearm, are records that are required to be kept in the records of a federal firearms licensee.